IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiffs,<br><br> vs.<br><br>JUPREE Y. HILL, RICE A. HILL, LORENZO ANDERSEN, ORION J. ROSS, TANG LIAN, BRYAN CASTILLO, KRYSEAN REYNOLDS, DAVID L. ATEM, KYCE JAMES DAVIS, and ISAIAH JAMES DORSEY,<br><br>   Defendants. | **4:20CR3120**<br><br>**ORDER** |

  Defendants Atem and Jupree Hill have moved to continue the pretrial motion deadline, (Filing Nos. 200 and 201), and Defendant Ross has moved to file pretrial motions out of time. (Filing No. 202). Each defendant states that due to the need to review discovery with their clients, pretrial motions could not be filed by the current deadline. The motions to continue are unopposed. Based on the showing set forth in the motions, the court finds the motions should be granted. Accordingly,

  IT IS ORDERED:

  1) The motions filed by Defendants Atem, Jupree Hill, and Ross, (Filing Nos. 200, 201, and 202), are granted.

  2) Defendant Ross' motions, (Filing Nos. 203 and 206), are deemed timely filed.

  3) As to all defendants, pretrial motions and briefs shall be filed on or before April 8, 2022

4) As to all defendants, trial of this case is continued pending resolution of pretrial motions.

5) The clerk shall set and internal case management deadline of April 8, 2022.

6) The ends of justice served by continuing the pretrial motion deadline and trial outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and April 8, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 10th day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge