IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUPREE Y. HILL,

        Defendant.

4:20CR3120

**ORDER**

On the court's own motion,

IT IS ORDERED that the <u>time</u> of the hearing on Defendant's anticipated plea of guilty is changed. The hearing will be before Magistrate Judge Zwart at **9:30 a.m**. (not 10:30 a.m.) on February 21, 2023.

Dated this 1st day of February, 2023.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge