IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:20CR3120** |
| vs. | |
| JUPREE Y. HILL, | **ORDER** |
| Defendants. | |

The court has been notified that Defendant will not be entering a plea of guilty on February 21, 2023, and he moves for a continuance of that hearing. (Filing No. 327). Accordingly,

IT IS ORDERED:

1)   The change of plea hearing is continued pending further order of the court. It will not be reset until the court receives signed plea paperwork.

2)   A telephonic conference with counsel will be held before the undersigned magistrate judge at 1:15 p.m. on March 15, 2023 to discuss the date of the jury trial and the deadlines for Rule 16 expert disclosures, or further disclosures under Rules 16(a)(1)(G) and/or 16(b)(1)(C) of the Federal Rules of Criminal Procedure. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call. Unless the court states otherwise, Defendants are excused from and need not attend this hearing.

3)   The time between today and March 15, 2023 is excluded under the Speedy Trial Act in the interests of justice because due to the Defendant's indecision or change of mind on whether to enter a plea of guilty, witnesses have not been subpoenaed and the parties are not currently prepared to try this case.

Dated this 21st day of February, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge